1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

KORY T. O'BRIEN,

9

                      Plaintiff,

10

         v.

11

R. DIAZ, et al.,

12

                    Defendants.

13

Case No.: 1:21-cv-00856-NONE-SAB (PC)

ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS

(ECF No. 26)

14
15

       Plaintiff Kory T. O'Brien is proceeding *pro se* and *in forma pauperis* in this civil rights action

16

pursuant to 42 U.S.C. § 1983.

17

       Currently before the Court is Defendant J. Moore's motion for an extension of time to respond

18

to Plaintiff's discovery requests, filed January 3, 2022.  (ECF No. 26.)  Responses are currently due

19

January 13, 2022, and no extensions have been granted thus far.  (Id.)  Defendant's counsel proffers

20

that they have not had time to confer with Defendant Moore on the draft responses, and because the

21

incarcerated status of Plaintiff, counsel could not obtain a stipulation in reasonable time.  (Id.)

22

///

23

///

24

///

25

///

26

///

27

///

28

///

1

1    Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant

2  J. Moore's responses to Plaintiff's interrogatories is extended to February 22, 2022.

3

4  IT IS SO ORDERED.

5  Dated: __**January 6, 2022**__

6                                                    UNITED STATES MAGISTRATE JUDGE